UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Feb 13 2026

Arthur Johnston, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN D. AGEE | § | PETITIONER |
| | § | |
| v. | § | Civil No. 2:24-cv-175-HSO-RPM |
| | § | |
| BURL CAIN | § | RESPONDENT |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION [11], GRANTING RESPONDENT BURL CAIN'S
MOTION [10] TO DISMISS, AND DISMISSING PETITION [1]**

On January 22, 2026, United States Magistrate Judge Robert P. Myers, Jr. entered a Report and Recommendation [11], recommending that Respondent Burl Cain's Motion [10] to Dismiss be granted, and that Petitioner Justin D. Agee's Petition [1] for Writ of Habeas Corpus be dismissed without prejudice for failure to exhaust available state court remedies. *See* R. & R. [11] at 5. Petitioner has not objected to the Report and Recommendation [11], and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1); L.U. Civ. R. 72(a)(3). After a review of the record and relevant legal authority, the Court finds that the Report and Recommendation [11] should be adopted, that Respondent's Motion [10] to Dismiss should be granted, and that the Petition [1] should be dismissed without prejudice for failure to exhaust available state court remedies. Petitioner should also be denied a certificate of appealability.

I.  DISCUSSION

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1); *see also* L.U. Civ. R. 72(a)(3).  Where no party has objected to a Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it.  28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").  In such cases, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Here, the record reflects that a copy of the Report and Recommendation [11] was mailed to Petitioner at his address of record on the date it was entered, January 22, 2026, *see* R. & R. [11] at 6, and it has not been returned as undeliverable.  This was more than fourteen days ago, and Petitioner has not filed any objections.  *See id.*; 28 U.S.C. § 636(b)(1).  Respondent has similarly not filed any objections to the Report and Recommendation [11].  Therefore, the "clearly erroneous, abuse of discretion and contrary to law" standard of review applies.  *See Wilson*, 864 F.2d at 1221.

Having conducted the required review, the Court concludes that the Report and Recommendation [11] is neither clearly erroneous nor contrary to law.  The Court will adopt the Magistrate Judge's Report and Recommendation [11] as the

opinion of this Court and will grant Respondent's Motion [10]. The Court will also dismiss the Petition [1].

## II.   CONCLUSION

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [11] of United States Magistrate Judge Robert P. Myers, Jr., entered on January 22, 2026, is **ADOPTED** as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Respondent Burl Cain's Motion [10] to Dismiss is **GRANTED**, and Petitioner Justin D. Agee's Petition [1] for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court remedies.

**SO ORDERED AND ADJUDGED**, this the 13th day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE